B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## Western District of Kentucky

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>**Thriftway, Inc.** | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Wholesale Door & Trim; DBA Hardware Overnight** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**61-0963888** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1501 Daviess Street**<br>**Owensboro, KY**<br>ZIP Code **42303** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Daviess** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**PO Box 1638**<br>**Owensboro, KY**<br>ZIP Code **42302-1638** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): **1501 Daviess Street Owensboro, KY 42303** | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**       \*\*\* **Sandra D. Freeburger 23467** \*\*\*
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Thriftway, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **Thriftco, Inc.** | Case Number: **10-41917** | Date Filed: **12/02/10** |
| District: **Western District of Kentucky** | Relationship: **Parent** | Judge: **Stosberg** |

| **Exhibit A** | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)         (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Thriftway, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Sandra D. Freeburger**
Signature of Attorney for Debtor(s)

**Sandra D. Freeburger 23467**
Printed Name of Attorney for Debtor(s)

**Deitz Shields & Freeburger, LLP**
Firm Name

**101 First St (42420)**
**P O Box 21**
**Henderson, KY 42419-0021**

Address

Email: **sfreeburger@dsf-atty.com**
**(270) 830-0830  Fax: (270) 830-9115**
Telephone Number

**December 2, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Kenneth Lawson**
Signature of Authorized Individual

**Kenneth Lawson**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**December 2, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Western District of Kentucky

In re  **Thriftway, Inc.**   
      Debtor(s)

Case No. _____  
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Anderson Logistics** <br> **100 Fourth Avenue North** <br> **Bayport, MN 55003-1096** | **Anderson Logistics** <br> **100 Fourth Avenue North** <br> **Bayport, MN 55003-1096** | **vendor services - business debt** | | **9,743.46** |
| **Anthem BCBS KY Group** <br> **9901 Linn Station Road** <br> **Louisville, KY 40223-3838** | **Anthem BCBS KY Group** <br> **9901 Linn Station Road** <br> **Louisville, KY 40223-3838** | **vendor services - business debt** | | **9,384.65** |
| **Atrium Windows and Doors** <br> **3890 W. Northwest Hwy** <br> **Ste 500** <br> **PO Box 226957** <br> **Dallas, TX 75220-6957** | **Atrium Windows and Doors** <br> **3890 W. Northwest Hwy** <br> **Ste 500** <br> **Dallas, TX 75220-6957** | **vendor services - business debt** | | **8,523.52** |
| **Certainteed Gypsum** <br> **4300 W. Cypress Street** <br> **Tampa, FL 33607** | **Certainteed Gypsum** <br> **4300 W. Cypress Street** <br> **Tampa, FL 33607** | **vendor services - business debt** | | **40,028.69** |
| **City of Owensboro** <br> **PO Box 638** <br> **Owensboro, KY 42302-0638** | **City of Owensboro** <br> **PO Box 638** <br> **Owensboro, KY 42302-0638** | **vendor services - business debt** | | **22,758.94** |
| **Diamond Hill Plywood Co** <br> **PO Box 529** <br> **Darlington, SC 29540-0529** | **Diamond Hill Plywood Co** <br> **PO Box 529** <br> **Darlington, SC 29540-0529** | **vendor services - business debt** | | **7,585.71** |
| **East Coast Mouldings** <br> **PO Box 130** <br> **North Wilkesboro, NC 28659-0130** | **East Coast Mouldings** <br> **PO Box 130** <br> **North Wilkesboro, NC 28659-0130** | **vendor services - business debt** | | **21,017.13** |
| **Forest Products Group** <br> **1033 Dublin Rd** <br> **Columbus, OH 43215-1117** | **Forest Products Group** <br> **1033 Dublin Rd** <br> **Columbus, OH 43215-1117** | **vendor services - business debt** | | **6,085.84** |
| **Franklin 24, Inc.** <br> **804 Seventh St** <br> **Tell City, IN 47586** | **Franklin 24, Inc.** <br> **804 Seventh St** <br> **Tell City, IN 47586** | **vendor services - business debt** | | **8,150.00** |
| **Industrial Products Co. Inc.** <br> **492 Scotts Mill Rd** <br> **Mount Pleasant, TN 38474** | **Industrial Products Co. Inc.** <br> **492 Scotts Mill Rd** <br> **Mount Pleasant, TN 38474** | **vendor services - business debt** | | **203,300.31** |
| **K & K Industries, Inc.** <br> **8518 E. 550 North** <br> **Montgomery, IN 47558-5073** | **K & K Industries, Inc.** <br> **8518 E. 550 North** <br> **Montgomery, IN 47558-5073** | **vendor services - business debt** | | **55,294.58** |

In re  **Thriftway, Inc.**                                                                      Case No.

                              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| KY Wholesale Bldg Products<br>PO Box 2120<br>Lexington, KY 40588-2120 | KY Wholesale Bldg Products<br>PO Box 2120<br>Lexington, KY 40588-2120 | vendor services - business debt | | 20,081.95 |
| Lumbermens Merch. Corp.<br>161 W Wayne Ave<br>Jenkintown, PA 19046 | Lumbermens Merch. Corp.<br>161 W Wayne Ave<br>Jenkintown, PA 19046 | vendor services - business debt | | 16,386.33 |
| Moulding & Millwork<br>2200 West Haven Ave<br>New Lenox, IL 60451 | Moulding & Millwork<br>2200 West Haven Ave<br>New Lenox, IL 60451 | vendor services - business debt | | 8,374.38 |
| Orgill, Inc.<br>3742 Tyndale Dr<br>Memphis, TN 38125-8500 | Orgill, Inc.<br>3742 Tyndale Dr<br>Memphis, TN 38125-8500 | vendor services - business debt | | 6,875.31 |
| PNC Bank<br>Commercial Loans<br>101 S 5th St<br>Louisville, KY 40202 | PNC Bank<br>Commercial Loans<br>101 S 5th St<br>Louisville, KY 40202 | vendor services - business debt | | 8,703.29 |
| PNC Bank<br>c/o Guy Spaulding<br>101 S. Fifth<br>Louisville, KY 40201 | PNC Bank<br>c/o Guy Spaulding<br>101 S. Fifth<br>Louisville, KY 40201 | Accounts Receivable | | 2,100,000.00<br><br>(822,906.59 secured) |
| PNC Bank<br>c/o Guy Spaulding<br>101 S. Fifth<br>Louisville, KY 40201 | PNC Bank<br>c/o Guy Spaulding<br>101 S. Fifth<br>Louisville, KY 40201 | Inventory | | 2,100,000.00<br><br>(1,144,573.35 secured) |
| Prime Source<br>1321 Greenway Dr<br>Irving, TX 75038 | Prime Source<br>1321 Greenway Dr<br>Irving, TX 75038 | vendor services - business debt | | 16,855.81 |
| Steinkamp Home Center<br>PO Box 535<br>Huntingburg, IN 47542-0535 | Steinkamp Home Center<br>PO Box 535<br>Huntingburg, IN 47542-0535 | vendor services - business debt | | 33,402.21 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **December 2, 2010**                        Signature  **/s/ Kenneth Lawson**
                                                              **Kenneth Lawson**
                                                              **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Western District of Kentucky

In re **Thriftway, Inc.**,
Debtor

Case No. _____

Chapter **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Thriftco, Inc**<br>**1501 Daviess Street**<br>**Owensboro, KY 42303** | **Common** | **100%** | **Fee** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **December 2, 2010**      Signature **/s/ Kenneth Lawson**
**Kenneth Lawson**
**President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

**0** continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
### Western District of Kentucky

In re  **Thriftway, Inc.**  
                          Debtor(s)

Case No. _____  
Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **December 2, 2010**

**/s/ Kenneth Lawson**  
**Kenneth Lawson**/**President**  
Signer/Title

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com      Best Case Bankruptcy

Acme Plumbing & Htg
2007 Old Henderson Rd
PO Box 518
Owensboro KY 42302-0518

ADP, Inc
4801 Olympia Park Plaza Dr
#2000
Louisville KY 40241

AFCO Millwork Products
11000 Green Valley Dr
Olive Branch MS 38654

AFLAC
Remittance Processing
1932 Wynnton Rd
Columbus GA 31993-0797

Alerus Retirement Solutions
ARS-Fee Processing
PO Box 6001
Grand Forks ND 58206-6001

Allshops Hardware, Inc
501 E 18th St
Owensboro KY 42303-3849

Amerimax Home Products
450 Richardson Dr
Lancaster PA 17604-4515

Anderson Logistics
100 Fourth Avenue North
Bayport MN 55003-1096

Ann B Hayes
1931 Oxford Dr
Owensboro KY 42301

Anthem BCBS
9901 Linn Station Road
Louisville KY 40223-3838

Anthem BCBS KY Group
9901 Linn Station Road
Louisville KY 40223-3838

Anthem Life Ins. Co
9901 Linn Station Road
Louisville KY 40223-3838

Anthony K Parks
2300 S York Dr
Owensboro KY 42301

Aramark Uniform Svcs
PO Box 329
Evansville IN 47702-0329

Armstrong Cabinets
PO Box 3001
Lancaster PA 17604-3001

AT&T
National Business Svcs
PO Box 9004
Carol Stream IL 60197-9004

Atmos Energy
PO Box 6502095
Dallas TX 75265-0205

Atrium Windows and Doors
3890 W. Northwest Hwy
Ste 500
PO Box 226957
Dallas TX 75220-6957

Baer Supply Co.
909 Forest Edge Dr
Vernon Hills IL 60061

Batteries Plus
3094 Richmond Rd
Lexington KY 40509

Bedrock Concrete Products
6264 Old Highway 54
Philpot KY 42366

Black & Decker, Inc
1000 Stanley Dr
New Britain CT 06053-1675

Black Equipment
PO Box 5286
Evansville IN 47716-5286

Blue Linx
4300 Wildwood Pkwy
Atlanta GA 30339

Bridgefield Casualty Ins.
PO Box 600
Gainesville GA 30503-0600

Cartridge Depot
1020 Halifax Dr
#104
Owensboro KY 42301

CBC Innovis
PO Box 1838
Columbus OH 43216-1838

Certainteed Gypsum
4300 W. Cypress Street
Tampa FL 33607

City of Owensboro
PO Box 638
Owensboro KY 42302-0638

Closetmaid Corporation
650 SW 2th Ave
Ocala FL 34471-2034

Counter Design Company
2381 Cullen Avenue
Evansville IN 47715-2185

Courterco, Inc
11450 Bluegrass Pkwy
Louisville KY 40299

Cox Interior
1751 Old Collumbia Rd
Campbellsville KY 42718-9309

Craig O'Bryan
2458 Farrier Place
Owensboro KY 42301

Dairyman's Supply Co
PO Box 528
Mayfield KY 42066-9739

Daviess County
Solid Waste
PO Box 1716
Owensboro KY 42302-1716

Diamond Hill Plywood Co
PO Box 529
Darlington SC 29540-0529

Douglas A Wathen
1226 West 9th Street Apt B
Owensboro KY 42301

Dyke Industries
4038 E Raines Rd
Memphis TN 38118-6938

East Coast Mouldings
PO Box 130
North Wilkesboro NC 28659-0130

Electrical Equip. Repair
1330 E. Second St.
Owensboro KY 42303-0160

EVV-Vanderb Co Bldg Comm
301 Civic Center Complex
Evansville IN 47708

F.P. Supply
310 S Kirtley Ave
Indianapolis IN 46219

Falls City Lumber
3042 W. Broadway
Louisville KY 40211

Forest Products Group
1033 Dublin Rd
Columbus OH 43215-1117

Four Star Sheet Metal
1801 Hill Valley Circle
Owensboro KY 42303

Franklin 24, Inc.
804 Seventh St
Tell City IN 47586

Fred McCrady
5741 Timberlane Dr
Philpot KY 42366

Frontline Building Products
2929 Walker Dr
PO Box 9229
Green Bay WI 54308-9229

General Glass Co
2930 W. 4th St
Owensboro KY 42301-8664

Gorilla Glue Co.
4550 Red Bank Expressway
Cincinnati OH 45227

Great American Leasing Corp
625 1st Ave SE
Cedar Rapids IA 52401

Greater Owensboro Chamber
PO Box 825
Owensboro KY 42302-0825

Hagan Ourtdoor Equip
325 Salem Dr.
Owensboro KY 42303

Hahn Systems, Inc
13205 Complete Ct
Louisville KY 40223

Hardware Resources
PO Box 347030
Pittsburgh PA 15251

HBA of Owensboro
3515 Wathens Crossing
Owensboro KY 42301

Hormann Gadco, LLC
5050 Baseline Rd
Montgomery IL 60538-1125

Huttig/Nashville
120 Spence Lane
Nashville TN 37210

Indiana Dept of Revenue
POB 7231
Indianapolis IN 46207-7231

Industrial Products Co. Inc.
492 Scotts Mill Rd
Mount Pleasant TN 38474

JJ Keller & Assoc
3003 W Breezewood Lane
PO Box 548
Neenah WI 54956-0548

K & K Industries, Inc.
8518 E. 550 North
Montgomery IN 47558-5073

Keith Magan Interior Trim
Reid Road
Owensboro KY 42303

Kingbrook Window & Door
20 Kingbrook Parkway
Chicago IL 60673-0208

Kitchen Jewels
1330 Franklin St
Jasper IN 47546

KY Bldg Materials Assoc
201 Townepark Circle
#100
Louisville KY 40243-2317

KY Chamber of Commerce
464 Chenault Rd
Frankfort KY 40601

KY State Treasurer
PO Box 2323
Frankfort KY 40602-2323

KY Wholesale Bldg Products
PO Box 2120
Lexington KY 40588-2120

Larson
PO Box 5025
Brookings SD 57006-5025

Lensing Bldg Specialties
PO Box 965
Evansville IN 47706-0965

Leo Wright
Mason Woods Lane
Owensboro KY 42303

Linc Systems
16540 Southpark Dr
Westfield IN 46074

Lock Services Div.
1975 Latham Street
Memphis TN 38106

Lumbermen's Inc.
4433 Stafford SW
Grand Rapids MI 49548

Lumbermens Merch. Corp.
161 W Wayne Ave
Jenkintown PA 19046

Marie Hayden
807 Clay St
Owensboro KY 42303

Masco Bldr Cabinet Group
423 Hopewell Rd
Waverly OH 45690

Masco Retail Cabinet Group
423 Hopewell Rd
Waverly OH 45690

Masonite
1 N. Dale Mabry Hwy #950
Tampa FL 33609-2771

| | | |
|---|---|---|
| Masterbrand Cabinets<br>640 New Cut Road<br>Fairdale KY 40118-9226 | Mayco Industries<br>18 W Oxmoor Road<br>Birmingham AL 35209 | Midwest Fastener<br>9031 Shaver Rd<br>Portage MI 49024 |
| Millwork Products, LLC<br>PO Box 1395<br>Paducah KY 42002-1395 | Moulding & Millwork<br>2200 West Haven Ave<br>New Lenox IL 60451 | National Mfg<br>PO Box 577<br>Sterling IL 61081-0577 |
| National Nail<br>PO Box 2434<br>Grand Rapids MI 49501-2434 | Ohio Const. Suppliers Assoc.<br>41 Croswell Rd<br>Columbus OH 43214 | Oldcastle Precast<br>1675 Industrial Dr<br>Napoleon OH 43545 |
| OMU<br>PO Box 806<br>Owensboro KY 42302-0806 | Orgill, Inc.<br>3742 Tyndale Dr<br>Memphis TN 38125-8500 | Owensboro Winnelson<br>331 Leitchfield Rd<br>Owensboro KY 42303-0110 |
| Packages Plus<br>117 E 18th St<br>Owensboro KY 42303-3752 | Pak-Wik Corporations<br>128 Tivoli St.<br>Albany NY 12207-1394 | Parksite Inc. - Columbus<br>3934 Jeffries Circle NE<br>Louisville OH 44641 |
| PBI Bank<br>1819 Frederica St<br>Owensboro KY 42303 | PNC Bank<br>Commercial Loans<br>101 S 5th St<br>Louisville KY 40202 | PNC Bank<br>c/o Guy Spaulding<br>101 S. Fifth<br>Louisville KY 40201 |
| Porter Paints<br>1 PPG Place<br>37th Floor<br>Pittsburgh PA 15272 | PPG<br>1 PPG Place<br>37th Floor<br>Pittsburgh PA 15272 | Prime Source<br>1321 Greenway Dr<br>Irving TX 75038 |
| Quality Printing<br>2106 Triplett St<br>Owensboro KY 42303-3865 | Quikrete<br>3490 Pledmont Rd, NE #1300<br>Atlanta GA 31193-0134 | Raben Tire Co<br>PO Box 4835<br>Evansville IN 47724-0835 |
| Republic Services #757<br>2103 Grimes Ave<br>Owensboro KY 42303 | Rexel<br>327 E 14th St<br>Owensboro KY 42303 | RLI Surety<br>PO Box 3967<br>Peoria IL 61612-3967 |

Roberts Motor Sales
PO Box 1955
Owensboro KY 42302-1955

Roman Marblene
1560 Quarry Road
Corydon IN 47112

Russ Wilkey, PSC
111 W. Second Street
Owensboro KY 42303

Samuel Strapping
1401 Davey Road
Batavia IL 60510

Schwartz CPA Group
1735 Frederica St
Owensboro KY 42301

Shelton's Custom Moulding
10100 N. Green River Rd
Evansville IN 47725

South Central Bank
300 Southtown Blvd
Owensboro KY 42301

Speedway Superamerica
PO Box 1500
Springfield OH 45501

Spruce Computer Systems
9 Cornell Rd
Latham NY 12110

Standard Ins. Co.
PO Box 3357
Portland OR 97208-3357

Steinkamp Home Center
PO Box 535
Huntingburg IN 47542-0535

Suburban Propane
PO Box 100264
Nashville TN 37224-0264

The Delaney Company
265 Castleberry Industrial Dr
Cumming GA 30040

The Lincoln Nat Life Ins. Co
PO Box 7247-0439
Philadelphia PA 19170-0439

Thriftco
1501 Daviess Street
Owensboro KY 42303

Tim's Truck & Trailer Repair
1307 Alsop Lane
Owensboro KY 42303

Traditions
3115 Commonwealth Ct.
B-3
Owensboro KY 42303-4457

Truck & Industrial Parts
PO Box 1665
Owensboro KY 42302-1665

US Lumber Group
1000 Apex Street
Nashville TN 37206

Valor, LLC
PO Box 1914
Owensboro KY 42302-1914

Verizon Wireless
5035 Frederica St
Owensboro KY 42303

Westfield Ins.
1 Park Circle
PO Box 5001
Westfield Center OH 44251-5001

Wholesale Bldg Materials
11422 E Elkhorn Rd
Vincennes IN 47591-7093

Wholesale Doors & Trim
PO Box 1638
Owensboro KY 42302-1638

Yewell Law, LLC
221 W. Second Street
Owensboro KY 42303

# United States Bankruptcy Court
## Western District of Kentucky

In re **Thriftway, Inc.**  
Debtor(s)

Case No.  
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Thriftway, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Thriftco, Inc**  
**1501 Daviess Street**  
**Owensboro, KY 42303**

☐ None [*Check if applicable*]

| | |
|---|---|
| **December 2, 2010** | **/s/ Sandra D. Freeburger** |
| Date | **Sandra D. Freeburger 23467** |
| | Signature of Attorney or Litigant |
| | Counsel for **Thriftway, Inc.** |
| | **Deitz Shields & Freeburger, LLP** |
| | **101 First St (42420)** |
| | **P O Box 21** |
| | **Henderson, KY 42419-0021** |
| | **(270) 830-0830 Fax:(270) 830-9115** |
| | **sfreeburger@dsf-atty.com** |

**United States Bankruptcy Court**
**Western District of Kentucky**

In re **Thriftway, Inc.**
Debtor(s)

Case No.
Chapter **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Kenneth Lawson**, declare under penalty of perjury that I am the **President** of **Thriftway, Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the **24th** day of **November**, 2010.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Kenneth Lawson, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Kenneth Lawson, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Kenneth Lawson, President** of this Corporation is authorized and directed to employ **Sandra D. Freeburger 23467**, attorney and the law firm of **Deitz Shields & Freeburger, LLP** to represent the corporation in such bankruptcy case."

Date December 1, 2010

Signed **/s/ Kenneth Lawson**
**Kenneth Lawson**

Resolution of Board of Directors
of
**Thriftway, Inc.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Kenneth Lawson, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Kenneth Lawson**, **President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Kenneth Lawson**, **President** of this Corporation is authorized and directed to employ **Sandra D. Freeburger 23467**, attorney and the law firm of **Deitz Shields & Freeburger, LLP** to represent the corporation in such bankruptcy case.

Date  December 1, 2010            Signed  /s/ Kenneth Lawson Jr.
                                          **Kenneth Lawson Jr., President**